| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Michael O Wiley** | Social Security number or ITIN | xxx–xx–7473 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kendra K Wiley** | Social Security number or ITIN | xxx–xx–6872 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | 8/28/19 |
| Case number: | **19–24360** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael O Wiley | Kendra K Wiley |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7029 S Prairie Ave<br>Unit 2N<br>Chicago, IL 60637 | 7029 S Prairie Ave<br>Unit 2N<br>Chicago, IL 60637 |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 8/29/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | Location:<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/22/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/6/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/24/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/17/19** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 744, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4,000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael O Wiley  
Kendra K Wiley  
    Debtors

Case No. 19-24360-TAB  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ldavis                Page 1 of 2                  Date Rcvd: Aug 29, 2019
                              Form ID: 309I               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db/jdb         +Michael O Wiley,    Kendra K Wiley,    7029 S Prairie Ave,    Unit 2N,    Chicago, IL 60637-4631
28150786        CB/Lane Bryant,    PO Box 337001,    NorthGlenn, CO 80233-7001
28150788        City of Chicago Dept. of Revenue,    Camera Enforcement Violation,     PO Box 88292,
                 Chicago, IL 60680-1292
28150789       +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28150794        Lvnv Funding,    C/o Resurgent Capital Services,    Greenville, SC 29602
28150797        Pay Day Loan,    724 W Washington Blvd,    Suite 1,   Chicago, IL 60661-2106
28150798       +Secretary of State,    Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
28150799        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28150800       +Short Term Loans, LLC,    1202H W. 75th Street,    Downers Grove, IL 60516-4268
28150802       +Usdoe/glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Aug 30 2019 01:38:22      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL   60090
tr             +E-mail/Text: courtnotices@chi13.com Aug 30 2019 01:40:22      Marilyn O Marshall,
                 224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 30 2019 01:40:27      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
28150780       +EDI: PHINHARRIS Aug 30 2019 05:18:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28150781        EDI: CAPITALONE.COM Aug 30 2019 05:13:00      Cap One,    15000 Capital One Dr,
                 Richmond, VA 23238
28150785        EDI: WFNNB.COM Aug 30 2019 05:13:00      CB/King Size,    PO Box 182121,
                 Columbus, OH 43218-2121
28150787        EDI: WFNNB.COM Aug 30 2019 05:13:00      CB/Roamans,    PO Box 182789,    Columbus, OH 43218-2789
28150782       +EDI: CAPITALONE.COM Aug 30 2019 05:13:00      Cap One,    10700 Capital One Way,
                 Richmond, VA 23060-9243
28150783       +EDI: CAPITALONE.COM Aug 30 2019 05:13:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
28150784       +EDI: WFNNB.COM Aug 30 2019 05:13:00      Cb/Fllbty,    Po Box 182789,    Columbus, OH 43218-2789
28150790        EDI: WFNNB.COM Aug 30 2019 05:13:00      Comenity Bank/LNBRYANT,    PO Box 182789,
                 Columbus, OH 43218-2789
28150791       +EDI: RCSFNBMARIN.COM Aug 30 2019 05:13:00      Credit One,    Bankrupcty Department,
                 PO Box 98873,    Las Vegas, NV 89193-8873
28150792       +EDI: NAVIENTFKASMDOE.COM Aug 30 2019 05:13:00      Dpt Ed/navi,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
28150793        EDI: AMINFOFP.COM Aug 30 2019 05:13:00      First Premier,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
28150795       +EDI: CBS7AVE Aug 30 2019 05:18:00      Montgomery Wards,    1112 7th Ave.,
                 Monroe, WI 53566-1364
28150796       +E-mail/Text: robert@overlandbond.com Aug 30 2019 01:41:36      Overland Bond,    4701 W Fullerton,
                 Chicago, IL 60639-1899
28150801       +E-mail/Text: tidewaterlegalebn@twcs.com Aug 30 2019 01:39:59      Tidewaterfin,
                 6520 Indian River Rd,    Virginia Beach, VA 23464-3439
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28153154        Katherine Moore
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                            Signature:  /s/Joseph Speetjens

```
District/off: 0752-1         User: ldavis              Page 2 of 2              Date Rcvd: Aug 29, 2019
                             Form ID: 309I             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:

```
          David M Siegel    on behalf of Debtor 2 Kendra K Wiley davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          David M Siegel    on behalf of Debtor 1 Michael O Wiley davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Marilyn O Marshall    courtdocs@chi13.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```