8/28/19  1:31PM

Fill in this information to identify your case:

| Debtor 1 | **Michael O Wiley** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kendra (2) K Wiley** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF INSTRUCTIONS**

Case number:

(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Official Form 113
# Chapter 13 Plan

12/17

## Part 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy alsCourt. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1   Debtor(s) will make regular payments to the trustee as follows:**

**$650.00** per **Month** for **36** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Regular payments to the trustee will be made from future income in the following manner.**

*Check all that apply:*

☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**

*Check one.*

☑ Debtor(s) will retain any income tax refunds received during the plan term.

| Debtor | **Michael O Wiley** | Case number | |
| | **Kendra (2) K Wiley** | | |

- [ ] Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

- [ ] Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*
- [✓] **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5    The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $<u>23,400.00</u>**.

### Part 3: Treatment of Secured Claims

**3.1    Maintenance of payments and cure of default, if any.**

*Check one.*
- [✓] **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2    Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

- [✓] **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
- [ ] **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
- [✓] The claims listed below were either:

    (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

    (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

    These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| **Name of Creditor** | **Collateral** | **Amount of claim** | **Interest rate** | **Monthly plan payment** | **Estimated total payments by trustee** |
|---|---|---|---|---|---|
| **Overland Bond** | **2012 Dodge Grand Caravan** | **$17,510.00** | **6.00%** | **$364.93** <br> Disbursed by: <br> [✓] Trustee <br> [ ] Debtor(s) | **$20,071.15** |

*Insert additional claims as needed.*

**3.4    Lien avoidance**.

*Check one.*
- [✓] **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
- [✓] **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

### Part 4: Treatment of Fees and Priority Claims

8/28/19  1:31PM

Debtor  **Michael O Wiley**  Case number
  **Kendra (2) K Wiley**

**4.1**  **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2**  **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **6.00**% of plan payments; and during the plan term, they are estimated to total $**2,340.00**.

**4.3**  **Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**4,000.00**.

**4.4**  **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5**  **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1**  **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $           .
☑ **10.00** % of the total amount of these claims, an estimated payment of $ **12,608.70,** .
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **0.00** . Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**  **Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3**  **Other separately classified nonpriority unsecured claims.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

**6.1**  **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1**  **Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
☐ plan confirmation.

8/28/19 1:31PM

| Debtor | **Michael O Wiley** | Case number | |
| | **Kendra (2) K Wiley** | | |

☑ entry of discharge.
☐ other: _____

| Part 8: | **Nonstandard Plan Provisions** |

**8.1  Check "None" or List Nonstandard Plan Provisions**
  ☐  **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

*The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.*
 1. Overland Bond (2012 Dodge Grand Caravan) shall receive preconfirmation adequate protection payments in the amount of $50.00 per month.

| Part 9: | **Signature(s):** |

**9.1  Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

| X  **/s/ Michael O Wiley** | X  **/s/ Kendra (2) K Wiley** |
| **Michael O Wiley** | **Kendra (2) K Wiley** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on   **August 28, 2019** | Executed on   **August 28, 2019** |
| | |
| X  **/s/ David M. Siegel** | Date   **August 28, 2019** |
| **David M. Siegel** | |
| Signature of Attorney for Debtor(s) | |

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

8/28/19 1:31PM

Debtor    **Michael O Wiley**    Case number
**Kendra (2) K Wiley**

**Exhibit: Total Amount of Estimated Trustee Payments**

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | **$0.00** |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | **$0.00** |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | **$20,071.15** |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | **$0.00** |
| e. | **Fees and priority claims** *(Part 4 total)* | **$6,340.00** |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | **$12,588.85** |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | **$0.00** |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | **$0.00** |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | **$0.00** |
| j. | **Nonstandard payments** *(Part 8, total)* + | **$0.00** |
| | **Total of lines a through j** | **$39,000.00** |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael O Wiley  
Kendra K Wiley  
      Debtors

Case No. 19-24360-TAB  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ldavis                  Page 1 of 2                  Date Rcvd: Aug 29, 2019
                              Form ID: pdf001               Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
```
db/jdb         +Michael O Wiley,    Kendra K Wiley,    7029 S Prairie Ave,    Unit 2N,    Chicago, IL 60637-4631
28150786        CB/Lane Bryant,    PO Box 337001,    NorthGlenn, CO 80233-7001
28150788        City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                 Chicago, IL 60680-1292
28150789       +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28150793        First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
28150794        Lvnv Funding,    C/o Resurgent Capital Services,    Greenville, SC 29602
28150797        Pay Day Loan,    724 W Washington Blvd,    Suite 1,    Chicago, IL 60661-2106
28150798       +Secretary of State,    Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
28150799        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28150800       +Short Term Loans, LLC,    1202H W. 75th Street,    Downers Grove, IL 60516-4268
28150802       +Usdoe/glelsi,    2401 International Lane,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28150780       +E-mail/Text: Harris@ebn.phinsolutions.com Aug 30 2019 01:41:48     Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28150781        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 01:35:52      Cap One,
                 15000 Capital One Dr,    Richmond, VA 23238
28150785        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 01:40:19      CB/King Size,
                 PO Box 182121,    Columbus, OH 43218-2121
28150787        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 01:40:20      CB/Roamans,
                 PO Box 182789,    Columbus, OH 43218-2789
28150782       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 01:36:32      Cap One,
                 10700 Capital One Way,    Richmond, VA 23060-9243
28150783       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 01:35:52      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
28150784       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 01:40:19      Cb/Fllbty,   Po Box 182789,
                 Columbus, OH 43218-2789
28150790        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 01:40:19      Comenity Bank/LNBRYANT,
                 PO Box 182789,    Columbus, OH 43218-2789
28150791       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 30 2019 01:36:35      Credit One,
                 Bankrupcty Department,    PO Box 98873,    Las Vegas, NV 89193-8873
28150792       +E-mail/PDF: pa_dc_ed@navient.com Aug 30 2019 01:35:56     Dpt Ed/navi,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
28150795       +E-mail/Text: bankruptcy@sccompanies.com Aug 30 2019 01:41:51      Montgomery Wards,
                 1112 7th Ave.,    Monroe, WI 53566-1364
28150796       +E-mail/Text: robert@overlandbond.com Aug 30 2019 01:41:36     Overland Bond,    4701 W Fullerton,
                 Chicago, IL 60639-1899
28150801       +E-mail/Text: tidewaterlegalebn@twcs.com Aug 30 2019 01:39:59     Tidewaterfin,
                 6520 Indian River Rd,    Virginia Beach, VA 23464-3439
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 2 Kendra K Wiley davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              David M Siegel    on behalf of Debtor 1 Michael O Wiley davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
```

```
District/off: 0752-1          User: ldavis              Page 2 of 2           Date Rcvd: Aug 29, 2019
                              Form ID: pdf001           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                                                      TOTAL: 3