UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| In Re: | ) | 19-24360 |
|---|---|---|
| MICHAEL C. WILEY AND | ) | Chapter 13 |
| KENDRA K. WILEY, | ) | |
| Debtor. | ) | Hon. BARNES |

## NOTICE AND CERTIFICATE OF SERVICE OF OFFICIAL FORM 309I
## NOTICE OF CHAPTER 13 BANKRUPTCY CASE

*To the following persons or entities who were served via regular U.S. Mail:*
Internal Revenue Service, P.O. Box 7346, Philadelphia, PA  19114
America's Best, 2690 Belvidere Rd., Ste. A02A, Waukegan, IL  60085
AT&T Mobility, Karen Cavagnaro, Esq., One AT&T Way, Ste. 3A104 Bedminster, NJ  07921
City of Burbank, 6530 W. 79th St., Ste. 2, Burbank, IL  60459
City of Naperville, Finance Dept., 400 S. Eagle St., Naperville, IL  60540
Comcast, P.O. Box 3002, Southeastern, PA  19398-3002
Commonwealth Edison, Bankruptcy Dept., P.O. Box 63113, Carol Stream, IL  60197-6113
Devry University, Accounting Services, P.O. Box 932, Brookfield, WI  53008-0932
Illinois Tollway, P.O. Box 5544, Chicago, IL  60680
Peoples Gas, Bankruptcy Dept., 200 E. Randolph St., Chicago, IL  60601
Purdue University, Financial Services, Schleman Hall of Stu. Services, West Lafayette, IN  47907
QVC, 1200 Wilson Drive, West Chester, PA  19380-4262
Sprint Nextel Correspondence, Attn: Bankruptcy Dept., P.O. Box 7949, Overland Park, KS  66207
University of Phoenix, 4615 E. Elwood St., 3rd Floor, Phoenix, AZ  85040
WOW, 825 E. 99th St., Chicago, IL  60628

Please take notice of the attached **Official Form 309I Notice of Chapter 13 Bankruptcy Case**.

## CERTIFICATE OF SERVICE
The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on September 3, 2019.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100