UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| MICHAEL & KENDRA WILEY, | ) | Case No. 19-24360 |
| | ) | |
| Debtors. | ) | Hon. Judge BARNES |

## NOTICE OF OBJECTION

*To the following persons or entities who have been served via electronic notice through ECF:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

NOW COMES the Debtors, **Michael and Kendra Wiley**, by and through their attorneys, David M. Siegel & Associates, and states as follows:

1) Trustee Marshall filed a Motion to Dismiss for Material Default in this matter, docket number 39. The motion is scheduled to be heard on August 26, 2021, at 1:00 PM.

2) The Debtor objects to this motion and requests that the matter be called.

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before August 24, 2021, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: August 24, 2021           /s/ Robert C. Bansfield Jr.
                                            Robert C. Bansfield Jr. ARDC #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com